IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00190-PSF-OES

CLARENCE MITCHELL BEESON,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation as delegate for the Eagle River Water & Sanitation District Employee Benefit Plan,

    Defendant.

**ORDER**

    THE COURT hereby ORDERS that a status conference is set in this case for **October 3, 2005, at 9:30 a.m.**

    DATED: September 6, 2005.

                              BY THE COURT:

                              s/ Phillip S. Figa
                              _____
                              Phillip S. Figa
                              United States District Judge