IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00190-PSF-OES

CLARENCE MITCHELL BEESON,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation as delegate for the Eagle River Water & Sanitation District Employee Benefit Plan,

    Defendant.

## ORDER GRANTING SECOND MOTION TO AMEND COMPLAINT

    Plaintiff's Second Motion to Amend Complaint (Dkt. # 30) is GRANTED.  It is

    FURTHER ORDERED that plaintiff's proposed Second Amended Complaint is deemed filed on the date of the entry of this Order, and defendant's response to the Second Amended Complaint is due ten days from the date of this Order.  It is

    IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the appropriate format, may be <u>denied without prejudice</u>. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    DATED: November 16, 2005

                                                         BY THE COURT:

                                                          *s/ Phillip S. Figa*
                                                          _____
                                                          Phillip S. Figa
                                                          United States District Judge